DAN PAPPAS v. CHICAGO GREAT WESTERN RAILROAD COMPANY.[1]

November 3, 1922.

No. 22,971.

**Case followed.**

Action in the district court for Ramsey county to recover $12,000 for personal injuries. The case was tried before Dickson, J., who at the close of the testimony granted defendant's motion for a directed verdict on the ground that plaintiff was engaged in no business of the defendant but solely for the purpose of obtaining food for himself. From an order, Michael, J., setting aside the verdict and granting a new trial, defendant appealed. Affirmed.

*Briggs, Weyl & Briggs,* for appellant.

*T. P. McNamara,* for respondent.

PER CURIAM.

In the case of Paras v. Chicago Great Western R. Co. 150 Minn. 244, 184 N. W. 871, all the facts, with once exception, involved in the case at bar were before the court and the liability of defendant for the negligence complained of was there affirmed. The difference between the two cases is found in the fact that in this case plaintiff was a section hand while in the other case the plaintiff was one of the cooks, and as such a member of the crew of men of which plaintiff here was member. We recognize in the character of employment nothing to take this case out of the rule of liability stated and applied in the former case. The evidence tends to show that plaintiff here, as in the other case, at the time of his injury, was engaged in the particular service under directions of the foreman in charge. The two actions are therefore in point of substance alike, and following the former decision, the order appealed from is affirmed.

[1]Reported in 190 N. W. 348.